IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**GREGORY LUTZ**, *et al.*,

       Plaintiffs,

  vs.                                    **Civil Action 2:12-CV-1091**
                                          **Judge Frost**
                                          **Magistrate Judge King**

**HUNTINGTON BANCSHARES, INC.**,
*et al.*,

       Defendants.

## ORDER

Upon joint motion, Doc. No. 46, the referral of the case to the September 2013 Settlement Week is **VACATED**.  The Clerk shall advise the assigned mediator.

August 21, 2013                                    *s/ Norah McCann King*
                                                        Norah McCann King
                                            United States Magistrate Judge